DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Armstrong v. Barnes<br><br>Case Below:<br>171 N.C. App. 287 | No. 390P05-2 | Defs' (James A. Barnes, Jr., M.D. and Newton Women's Care, P.A.) PDR Under N.C.G.S. § 7A-31 (COA04-300) | Denied 10/06/05 |
| Bersin v. Golonka<br><br>Case Below:<br>170 N.C. App. 436 | No. 310P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-695) | Denied 11/03/05 |
| Blue Ridge Savs. Bank, Inc. v. Best & Best, P.L.L.C.<br><br>Case Below:<br>172 N.C. App. 170 | No. 494PA05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1357) | Allowed 11/03/05 |
| Bowles v. BCJ Trucking Servs., Inc.<br><br>Case Below:<br>172 N.C. App. 149 | No. 498P05 | Def's (N.C. Ins. Guaranty Ass'n) PDR Under N.C.G.S. § 7A-31 (COA04-1059) | Denied 11/03/05 |
| Brooks v. Capstar Corp.<br><br>Case Below:<br>168 N.C. App. 23 | No. 110A05 | Plt's Motion to Dismiss Appeal (COA03-1064) | Allowed 10/03/05 |
| Brown v. American Multimedia, Inc.<br><br>Case Below:<br>170 N.C. App. 697 | No. 357P05 | 1. Defs' and Third Party Plts' PDR Under N.C.G.S. § 7A-31 (COA04-1075)<br><br>2. Third-Party Defendants' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/06/05<br><br>2. Dismissed as moot 10/06/05 |
| Brown v. Brown<br><br>Case Below:<br>171 N.C. App. 358 | No. 385P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1189) | Denied 10/06/05 |
| Brown v. City of Winston-Salem<br><br>Case Below:<br>171 N.C. App. 266 | No. 428P05 | Plt's PWC to Review the Decision of the COA (COA04-1245) | Denied 10/06/05 |
| Bryson v. Cooper<br><br>Case Below:<br>166 N.C. App. 759 | No. 640P04-3 | Plts' "Motion for Ruling on Discretionary Review or Rule to Show Cause Why Not and Motion to Compel" (COA03-1484) | Dismissed 10/06/05 |